## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Rafaela Funes

1521 Luton St.

Nash, TN 37207

**Name of Plaintiff**

)
)
)
)
)
)
)

v.

Electrolux Home Products.

1100 Industrial Dr.

Springfield TN 37172

**Name of Defendant(s)**

)
)
)
)
)
)
)

Case No. _____

**(To be assigned by Clerk)**

**Jury Demand**  ☐ Yes ☐ No

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2.  Plaintiff, Rafaela Funes, ~~is a citizen~~ Legal Permanent resident of the United States and resides at

    1521 Luton Street , Nashville ,
    Street address                                          City

    Davidson , TN , 37207 , _____
    County          State      Zip Code   Telephone Number

3.  Defendant, Electrolux Home Products resides at, or its business is located at

    1100 Industrial Dr. , Springfield ,
    Street address                                          City

    Robertson , TN , 37172
    County          State      Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_NONe_

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

_1100 Industrial Dr._ , _Springfield_,
Street address                                                        City

_Robertson_ , _TN_ , _37172_.
County                State              Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about ___August___ ___10___ ___2014___.
                                           Month              Day              Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about
___August___ ___15___ ___2014___.
   Month              Day              Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on ___August___
                                                                                  Month
___15___ ___2014___, a copy of which Notice is attached.
   Day          Year

8. Because of Plaintiff's (1) ___Hispanic___ race. (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

a._____ failed to employ Plaintiff.

b.____✓____ terminated Plaintiff's employment.

c._____ failed to promote Plaintiff.

d._____ retaliated against Plaintiff for having filed a charge of discrimination.

e._____ other. Explain: _____

_____

_____

_____

_____.

9.  The circumstances under which Defendant discriminated against Plaintiff were as follows:

I in No way did I make racial remarks about any Caucasions or Afro Americans. I was Laid of or Fired by a line Lead, Not by human resources. I was not call even to HR to see what was the complaint about.

_____.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a._____ are still being committed by Defendant.

b.____✓____ are no longer being committed by Defendant.

c._____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a._____ direct that Defendant employ Plaintiff, or

b._____ direct that Defendant re-employ Plaintiff, or

c._____ direct that Defendant promote Plaintiff, or

d._____ order other equitable or injunctive relief: _____

_____.

e._____ direct that Defendant pay Plaintiff back pay in the amount of

_____ and interest on back pay;

f._____ direct that Defendant pay Plaintiff compensatory damages: Specify

the amount and basis for compensatory damages: _____

_____.

g._____ direct that Defendant pay Plaintiff punitive damages in the amount of

___6,000_____ because Defendant engaged in a discriminatory practice or

practices with malice or with reckless indifference to Plaintiff's federally protected rights,

as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may

be appropriate, including costs and attorney's fees.

X Rafaela Funes
(Signature of Plaintiff)