Case No. 16-6163

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

RAFAELA FUNES

    Plaintiff - Appellant

v.

ELECTROLUX HOME PRODUCTS

    Defendant - Appellee

It appearing that the above cause was inadvertently dismissed,

It is **ORDERED** that the case be and it hereby is REINSTATED.

                                          **ENTERED PURSUANT TO RULE 45(a),**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Deborah S. Hunt, Clerk

Issued: June 06, 2017

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 06, 2017

Ms. Rafaela Funes
1521 Luton Street
Nashville, TN 37207

Mr. Thomas Lee Henderson
Ogletree Deakins
6410 Poplar Avenue
Suite 300
Memphis, TN 38119

Re: Case No. 16-6163, *Rafaela Funes v. Electrolux Home Products*
Originating Case No. : 3:15-cv-00845

Dear Sir or Madam,

   The Court issued the enclosed Order today in this case.

                              Sincerely yours,

                              s/Cheryl Borkowski
                              Case Manager
                              Direct Dial No. 513-564-7035

cc:  Mr. Keith Throckmorton

Enclosure