**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 26, 2017

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

        Re: Case No. 16-6163, *Rafaela Funes v. Electrolux Home Products*
           Originating Case No. : 3:15-cv-00845

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Cheryl Borkowski
                                          Case Manager
                                          Direct Dial No. 513-564-7035

cc:  Ms. Rafaela Funes
      Mr. Thomas Lee Henderson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-6163

_____

Filed: October 26, 2017

RAFAELA FUNES

      Plaintiff - Appellant

v.

ELECTROLUX HOME PRODUCTS

      Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 10/04/2017 the mandate for this case hereby issues today.

COSTS:  None